UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REDEEMED CHRISTIAN CHURCH
OF GOD,

    Plaintiff,

v.                                         Case No. 8:09-cv-2219-T-30EAJ

JANET NAPOLITANO, US DEPARTMENT
OF HOMELAND SECURITY,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Defendant's Unopposed Motion to Dismiss For Mootness (Dkt. #7). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion to Dismiss For Mootness (Dkt. #7) is GRANTED.

2. This cause is dismissed.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 29, 2009.

                                                JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2219.dismissal 7.wpd